## FAIN *v.* TEMPLES.

*Atkinson, J.*—It does not appear from an inspection of the record that any error was committed in sustaining the *certiorari* and ordering a new trial.        *Judgment affirmed.*
August 16, 1895.   By two Justices.

*Certiorari.*   Before Judge Reese.   Hart superior court. September term, 1894.

*A. G. McCurry,* for plaintiff.

---

## WESTERN & ATLANTIC RAILROAD CO. *v.* WILLINGHAM, and *vice versa.*

*Atkinson, J.*—There was no error in refusing to give in charge to the jury the several requests presented by the defendant. There was sufficient evidence to warrant the verdict, and the trial judge having approved the same, this court will not overrule his discretion in refusing to grant a new trial.
        *Judgment on main bill of exceptions affirmed.*
        *Both bills of exceptions filed by defendant in error dismissed.*
*Lumpkin, J.,* dissenting.—The evidence failed to make out a case authorizing a recovery, and the judgment ought to be reversed.
August 16, 1895.

Action for damages.   Before Judge Milner.   Bartow superior court.   July term, 1894.

*Payne & Tye* and *J. W. Harris, Jr.,* for the railroad company.   *A. H. Cox* and *J. W. Akin,* contra.